# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 26-3015                                                                      September Term, 2025

1:21-cr-00208-APM-1

Filed On: February 20, 2026 [2160056]

United States of America,

       Appellee

    v.

Thomas Webster,

       Appellant

## O R D E R

The notice of appeal was filed on February 10, 2026, and docketed in this court on February 19, 2026. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | March 23, 2026 |
| Motion for Appointment of Counsel, if any | March 23, 2026 |
| Transcript Status Report | March 23, 2026 |
| Statement of Issues to be Raised | March 23, 2026 |
| Procedural Motions, if any | March 23, 2026 |
| Dispositive Motions, if any | April 6, 2026 |

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

**No. 26-3015**                               **September Term, 2025**

| | |
|---|---|
| Procedural Motions, if any | March 23, 2026 |
| Dispositive Motions, if any | April 6, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

          BY:    /s/
                    Emily K. Campbell
                    Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

Attachments for Pro Se Parties Only:
    <u>Criminal Docketing Statement Form</u>
    <u>Transcript Status Report Form</u>
    <u>Memorandum Concerning Self-Representation</u>