# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-3015**                                      **September Term, 2025**

**1:21-cr-00208-APM-1**

**Filed On: May 29, 2026** [2175792]

United States of America,

        Appellee

      v.

Thomas Webster,

        Appellant

## O R D E R

By orders filed February 19, 2026, and February 20, 2026, appellant was directed to submit certain initial submissions to this court by March 23, 2026, and to either pay the $605 appellate docketing and filing fees to the Clerk of the district court, or file a motion in district court for leave to proceed on appeal in forma pauperis by the same deadline. To date, no submissions have been received from appellant and the fee remains unpaid. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 13, 2026.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
       Scott H. Atchue
       Deputy Clerk